FILED

2018 Feb-21  PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MCADAM PROPERTIES, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.: 2:17-CV-2088-VEH** |
| | ) |
| **DUNKIN' DONUTS** | ) |
| **FRANCHISING, LLC;  DUNKIN'** | ) |
| **BRANDS GROUP, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

---

## ORDER REMANDING CASE

In accordance with the Memorandum Opinion entered contemporaneously herewith, this case is hereby **REMANDED** to the Circuit Court of Jefferson County, Alabama.

**DONE** and **ORDERED** this 21st day of February, 2018.

**VIRGINIA EMERSON HOPKINS**
United States District Judge