**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
**(205) 278-1700**

**Sharon Harris**
**Clerk**

**February 21, 2018**

**Ms. Anne-Marie Adams, Clerk**
**JEFFERSON COUNTY CIRCUIT COURT**
**400 Courthouse**
**716 N. Richard Arrington, Jr. Blvd.**
**Birmingham, AL 35203**

                                                                        **Case Number: 2:17-CV-2088-VEH**

**Dear Ms. Adams:**

      In accordance with the Order of this Court, this case is hereby Remanded to your Court for further litigation. Enclosed is a copy of the Order of Remand, a copy of the docket entries of the original record on file. Please acknowledge receipt of this letter.

                                                             **Sincerely,**

                                                             **SHARON HARRIS, CLERK**

                                                             **By: Joseph Colvin**
                                                                   **Deputy Clerk**

**SNH:JLC**

**Enclosures**

**xc:**       **Counsel**